In the Matter of the Application of THOMAS J. GORMAN, Appellant, against JOHN DOE and Others, Constituting the Board of Registration of Electors of the 27th Election District, County of Kings, Respondents.

Second Department, October 11, 1919.

**Elections — right of registration — mandamus.**

An affidavit stating, among other things, that the petitioner's brother-in-law, with whom he had been living for several years, had taken a lease of premises in another election district, but had been unable to get possession because of an order of the court in a dispossess proceeding giving the tenant time in which to get out, *held* insufficient to entitle the petitioner to registration in the election district in which the leased premises were located, and that, therefore, an order denying his petition for a writ of mandamus to the board of registration must be affirmed.

APPEAL by the petitioner, Thomas J. Gorman, from an order of the Supreme Court, made at the Kings County Special Term and entered in the office of the clerk of the county of Kings on the 10th day of October, 1919, denying his petition for a writ of mandamus to the board of registration.

The petitioner's affidavit presented the following facts: " That heretofore in the month of July, 1919, Edward J. Martin, my brother-in-law, with whom I have been living for the past twenty-eight years, took a lease in writing on premises known as 45 Putnam Avenue, which is in the 27th Election District of the 11th Assembly District of the County of Kings, and that the said lease recites the fact that we were to have possession of the premises on the 1st day of October, 1919. Prior to the 1st day of October, 1919, I have been living with my brother-in-law, whose name is above mentioned, at 315 Quincy Street, for the last eight years which is the Third election district of the 17th Assembly District. We are unable to get possession of the premises 45 Putnam Avenue, due to the fact that an order of the Court in a dispossess proceeding gave the tenant therein time until Tuesday, the 14th day of October, 1919, in order to get out."

On the denial of the above application the petitioner's appeal was heard by this court on the original papers.

*A. J. Nova,* for the petitioner.

*William P. Burr, Corporation Counsel,* and *William R. Wilson,* for the respondents.

PER CURIAM:

We are of opinion that the facts set forth in the petition were insufficient to entitle the petitioner to registration, and, therefore, the order must be affirmed, but without costs.

JENKS, P. J., PUTNAM, BLACKMAR and KELLY, JJ., concurred.

Order affirmed, without costs.